UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 02-20433-CR-JORDAN

8 U.S.C. 1326(a)
18 U.S.C. 911
18 U.S.C. 1544

MAGISTRATE JUDGE BROWN

UNITED STATES OF AMERICA

v.

BIENVENIDO LINARES SOTO,
a/k/a "Jose Miguel Padilla,"
a/k/a "Rafael Soto Linares,"
a/k/a "Carlos Manuel Martinez Marte,"

    Defendant.     /

FILED BY __ 
02 MAY 16 PM 4:5[?]
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about December 12, 2001, at Miami International Airport, Miami-Dade County, in the Southern District of Florida, the defendant,

BIENVENIDO LINARES SOTO,
a/k/a "Jose Miguel Padilla,"
a/k/a "Rafael Soto Linares,"
a/k/a "Carlos Manuel Martinez Marte,"

an alien, having previously been removed from the United States on or about August 2, 2001, attempted to enter the United States, knowingly and unlawfully, without the Attorney General having expressly consented to such alien's reapplying for admission to the United States; in violation of Title 8, United States Code, Section 1326(a).

### COUNT 2

On or about December 12, 2001, at Miami International Airport, Miami-Dade County, in the Southern District of Florida, the defendant,



BIENVENIDO LINARES SOTO,
a/k/a "Jose Miguel Padilla,"
a/k/a "Rafael Soto Linares,"
a/k/a "Carlos Manuel Martinez Marte,"

an alien, did falsely and willfully represent himself to be a citizen of the United States, in that he presented a United States passport, bearing passport number 110569402 in the name Jose Miguel Padilla, to an Inspector of the Immigration and Naturalization Service, in an attempt to gain entry into the United States; in violation of Title 18, United States Code, Section 911.

## COUNT 3

On or about December 12, 2001, at Miami International Airport, Miami-Dade County, in the Southern District of Florida, the defendant,

BIENVENIDO LINARES SOTO,
a/k/a "Jose Miguel Padilla,"
a/k/a "Rafael Soto Linares,"
a/k/a "Carlos Manuel Martinez Marte,"

did willfully and knowingly use and attempt to use a passport issued and designed for the use of another, in that the defendant presented a United States passport bearing number 110569402 in the name of Jose Miguel Padilla to an Inspector of the Immigration and Naturalization Service in an attempt to gain entry into the United States; in violation of Title 18, United States Code, Section 1544.

A TRUE BILL

_____
FOREPERSON

_____
GUY A. LEWIS
UNITED STATES ATTORNEY

_____
RACHEL N. SILBER
SPECIAL ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 02-20433   CR - JORDAN

UNITED STATES OF AMERICA

v.

BIENVENIDO LINARES SOTO

CERTIFICATE OF TRIAL ATTORNEY*

MAGISTRATE JUDGE
BROWN

Superseding Case Information:

New Defendant(s)        Yes ___   No ___
Number of New Defendants    ___
Total number of counts      ___

**Court Division:** (Select One)

X   Miami     ___ Key West
___ FTL       ___ WPB    ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)      Yes
   List language and/or dialect  Spanish

4. This case will take  1-2  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

   I    0 to 5 days      X     Petty
   II   6 to 10 days    ___    Minor
   III  11 to 20 days   ___    Misdem.
   IV   21 to 60 days   ___    Felony      X
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No)  NO
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No)  NO
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No)  NO

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999?  ___ Yes  X  No    If yes, was it pending in the Central Region?  ___ Yes  ___ No

8. Did this case originate in the Narcotics Section, Miami?  ___ Yes  X  No

[signature]

RACHEL NICOLE SILBER
SPECIAL ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0154611

*Penalty Sheet(s) attached

REV.6/27/00

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

02-20433-CR-JORDAN

Defendant Name: BIENVENIDO LINARES SOTO   Case No. _____

MAGISTRATE JUDGE BROWN

Count #: 1

8 U.S.C. 1326(a)

Attempted reentry after removal

**Max. Penalty:** 2 years' imprisonment

Count #: 2

18 U.S.C. 911

False claim to US citizenship

**Max. Penalty:** 3 years' imprisonment

Count #: 3

18 U.S.C. 1544

Use of another's passport

**Max. Penalty:** 10 years' imprisonment

Count #: 4

_____

**Max. Penalty:** _____

*Refers only to possible terms of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

No. 02-20433-CR-JORDAN

MAGISTRATE JUDGE
BROWN

UNITED STATES DISTRICT COURT

SOUTHERN District of FLORIDA

_____ Division

THE UNITED STATES OF AMERICA

vs.

BIENVENIDO LINARES SOTO,
a/k/a "Jose Miguel Padilla,"
a/k/a "Rafael Soto Linares,"
a/k/a "Carlos Manuel Martinez Marte"

## INDICTMENT

IN VIOLATION OF: 8 U.S.C. 1326(a)
18 U.S.C. 911
18 U.S.C. 1544

A true bill.

_____
Foreman

FGJ 02-03(MIA)

Filed in open court this _____ day,

of _____ A.D. _____

_____ 5/16/02
Clerk

Bail, $ _____

GRAND JURY INDICTMENT NO. 0203-MCN-29